Michael Yesk (SB#130056)
Megan Dailey (SB#221574)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
m.yesklaw@gmail.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG XUAN VO and QUI VAN VO,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CWALT, INC. ALTERNATIVE LOAN TRUST SERIES 2005-62; SELECT PORTFOLIO SERVICING, INC.; WOLF LAW FIRM, A LAW CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 – 100, inclusive,<br><br>Defendants. | Case No.: CV13-02125-HRL<br><br>**AMENDED** STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON |

Plaintiffs Hong Xuan Vo and Qui Van Vo, (collectively "Plaintiffs") and Defendants THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK ("BNYM") as Trustee for the CWALT, INC. Alternative Loan Trust Series 2005-62, SELECT PORTFOLIO SERVICING, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

///

///

|   |   |
|---|---|
| 1 | Plaintiffs hereby agree to dismiss the above-captioned action as to all parties and all causes of action without prejudice. Each party to bear their own costs and fees. |

Plaintiffs hereby agree to dismiss the above-captioned action as to all parties and all causes of action without prejudice. Each party to bear their own costs and fees.

DATED: June 4, 2013          YESK LAW

/s/ Michael Yesk
Michael Yesk
Attorney for Plaintiffs
HONG XUAN VO and QUI VAN VO

DATED: June 4, 2013          McGLINCHEY STAFFORD

/s/ Sanford P. Shatz
Sanford P. Shatz,
Attorney for Defendants
THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE OF THE CWALT, INC. ALTERNATIVE LOAN TRUST SERIES 2005-62; SELECT PORTFOLIO SERVICING, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

## [PROPOSED] ORDER

Based on the parties' Joint Stipulation, pursuant to Local Rules 6-1 and 6-2, and good cause appearing,

**IT IS ORDERED** that

The case is dismissed without prejudice, each side to bear its own costs and fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated   June 4,   ,2013

Hon. Howard R. Lloyd
United States Magistrate Judge of the United States District Court,
Northern District of California